DONALD AMAMGBO, ESQ.
AMAMGBO & ASSOCIATES
7901 Oakport Street, Suite 4900
Oakland, California 94621
Telephone: (510) 615-6000
Facsimile:  (510) 615-6025

REGINALD TERRELL, ESQ.
THE TERRELL LAW GROUP
223 25th Street
Richmond, California 94804
Telephone: (510) 237-9700
Facsimile:  (510) 237-4616

LAW OFFICES OF NWAJEI & COMPANY
Lawrence D. Nwajei
4221 Wilshire Blvd., Suite 392
Los Angeles, CA 90010
Telephone:  323-549-0201
Facsimile:  323-549-0211

Attorneys for Plaintiff

ORIGINAL
F I L E D

JUL 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RUBEN JONES, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BROCADE COMMUNICATION SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA, <br><br> Defendants. | No. C07 03804 SI <br><br> CLASS ACTION <br><br> COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS <br><br><br> DEMAND FOR JURY TRIAL |

# NATURE OF THE ACTION

1.    This is a federal class action on behalf of purchasers of the publicly traded securities of Brocade Communications Systems, Inc. ("Brocade") between February 21, 2001 and May 15, 2005, inclusive (the "class period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").  Defendant Brocade designs, develops, markets, sells and supports data storage networking products and services.

2.    On May 16, 2005, Brocade issued a press release announcing the restatement of its fiscal 2001 and fiscal 2004[1] earnings.  The release was entitled "Brocade Restates Financial Statements to Reflect Additional Stock-Based Compensation Earnings," and stated in part:

> Brocade Communications Systems, Inc. announced today that Brocade will restate its financial statements for the fiscal years ending 2002 through 2004 to record additional charges for stock-based compensation expense.  Brocade affirmed that none of the charges will have an impact on Brocade's historical revenues, cash positions, or non-stock option related operating expenses.  Brocade expects related adjustments will be made to Brocade's financial information for fiscal 2001, as necessary.

> Following the completion of an Audit Committee review announced on January 24, 2005, additional information came to Brocade's attention that indicated that its guidelines regarding stock option granting practices were not followed during the period from August 2003 through November 2004.  After further review, Brocade concluded that it could not rely on the documentation used to support the recorded measurement dates for stock options granted in that period.  Because, Brocade will restate its financial statements to account for additional stock-based compensation for stock options granted from August 2003 through November 2004.  The additional charges are expected to result in a cumulative increase in non-cash stock option compensation expenses of $0.8 million over fiscal years 2003 and 2004.

> After discovering the additional information regarding non-compliance of its guildelines, Brocade commenced a review of certain other practices that could impact stock option accounting.  This review determined that from 2001 through 2004, Brocade had not appropriately accounted for the cost of stock based compensation for certain employees on leaves of absence (LOA) and in transition roles prior to ceasing employment with Brocade.  Prior to 2003, Brocade's LOA policy allowed certain employees to continue vesting in their stock options and to have extended stock option exercise periods for up to three months from the start

---

[1]    Brocade's fiscal year ends on the last Saturday in October.

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

1

of the LOA. The expected charges relate principally to options that continued to vest for employees who were on LOAs for a period greater than three months. Brocade also expects to record additional adjustments related to options that continued to vest for certain employees in transition roles. Management estimates the total increase in non-cash compensation expense related to these matters to be in a range of approximately $31 to $52 million for fiscal years 2001 through 2004.

Brocade's Audit Committee has commenced an independent review of Brocade's stock option accounting regarding LOAs. Based on that ongoing review, Brocade's preliminary estimates of anticipated adjustments are subject to change.

The table below reflects the total effects of these combined adjustments and are Brocade's preliminary estimate of the approximate impact to Brocade's non-cash expenses and EPS. Brocade does not currently expect that there will be any impact on non-cash expenses and EPS for any period in fiscal year 2005.

Brocade also announced today that it has been informed that the Department of Justice (DOJ) is working with the SEC in a joint investigation regarding Brocade's stock option granting practices. Brocade has no further information regarding the timing or scope of the investigation.

"It is not unusual in the current environment that multiple relevant government agencies will take an interest in these types of matters," said Michael Klayko, Brocade's newly appointed Chief Executive Officer. "We are cooperating fully with the SEC and DOJ and hope that the investigation can be concluded as quickly as possible." Klayko continued, "The Board and management team are absolutely committed to the highest standard of accounting and continuously improving our internal controls and compliance with our policies. I have confidence in my team and we remain focused on executing to our business plan."

3.    Because of this announcement, Brocade's stock dropped to $4.13 per share, compared to the $40+ per share prices it traded at during the class period.

## JURISDICTION AND VENUE

4.    The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act [15 U.S.C. §§78(b) and 78t[a] and Rule 10b-5 promulgated thereunder by the SEC [17 C.F.R. §240.10b-5].

5.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§1331 and 1337, and §27 of the Exchange Act.

6.     Venue is proper in this District pursuant to §27 of the Exchange Act and 28 U.S.C. §1391(b). Many of the acts charged herein, including the preparation and dissemination of materially false and misleading information, occurred in substantial part in this District and Brocade conducts business in this District.

7.     In connection with the acts alleged in this complaint, defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including, but not limited to, the mails, interstate telephone communications and the facilities of the national securities markets.

## PARTIES

8.     Plaintiff RUBEN JONES, as set forth in the accompanying certification and incorporated by reference herein, purchased publicly traded securities of Brocade at artificially inflated prices during the class period and has been damaged thereby.

9.     Defendant Brocade is a corporation organized under the laws of Delaware, with its principal executive offices located in San Jose, California. Brocade designs, develops, markets, sells and supports data storage networking products and services.

10.     (a)     Defendant Gregory L. Reyes ("Reyes") was, from 1998 to January 2005, Brocade's Chief Executive Officer, and was a director through the time of Brocade's annual shareholder meeting in 2005. During the class period, Reyes sold 4,957,053 Brocade shares for insider trading proceeds of more than $30 million. Further, Reyes was instrumental in Brocade's $129 million stock-for-stock acquisition of Rhapsody Networks and Brocade's sale of $550 million in 2% convertible subordinated notes in December 2001 and January 2002.

(b)     Defendant Antonio Canova ("Canova") was, throughout the class period, Brocade's Chief Financial Officer and Vice President, Administration. During the class period, Canova sold 4,903 Brocade shares for insider proceeds of $31,526. Further, Canova was instrumental in Brocade's $129 million stock-for-stock acquisition of Rhapsody Networks and Brocade's sale of $550 million in 2% convertible subordinated notes in December 2001 and January 2002.

1          (c)      Defendants Reyes and Canova are referred to herein as the "Individual

2     Defendants."

3          11.      During the class period, the Individual Defendants, as senior executive officers

4     and/or directors of Brocade, were privy to confidential and proprietary information concerning

5     Brocade, its operations, finances, financial condition and present and future business prospects.

6     The Individual Defendants also had access to material adverse non-public information concerning

7     Brocade, as discussed in detail below.  Because of their positions with Brocade, the Individual

8     Defendants had access to non-public information about its business, finances, products, markets

9     and present and future business prospects via access to internal corporate documents,

10    conversations and connections with other corporate officers and employees, attendance at

11    management and/or board of directors meetings and committees thereof and via reports and other

12    information provided to them in connection therewith.  Because of their possession of such

13    information, the Individual Defendants knew or recklessly disregarded that the adverse facts

14    specified herein had not been disclosed to, and were being concealed from, the investing public.

15         12.      The Individual Defendants are liable as direct participants in the wrongs

16    complained of herein.  In addition, the Individual Defendants, by reason of their status as senior

17    executive officers and/or directors, were "controlling persons" within the meaning of §20(a) of the

18    Exchange Act and had the power and influence to cause Brocade to engage in the unlawful

19    conduct complained of herein.  Because of their positions of control, the Individual Defendants

20    were able to and did, directly or indirectly, control the conduct of Brocade's business.

21         13.      The Individual Defendants, because of their positions with Brocade, controlled

22    and/or possessed the authority to control the contents of its reports, press releases and

23    presentations to securities analysts and through them, to the investing public.  The Individual

24    Defendants were provided with copies of Brocade's reports and press releases alleged herein to be

25    misleading prior to or shortly after their issuance and had the ability and opportunity to prevent

26    their issuance or cause them to be corrected.  Thus, the Individual Defendants had the opportunity

27    to commit the fraudulent acts alleged herein.

28

14.    As senior executive officers and/or directors and as controlling persons of a publicly traded company whose common stock was, and is, registered with the SEC pursuant to the Exchange Act, and was traded on the NASDAQ and governed by the federal securities laws, the Individual Defendants had a duty to disseminate promptly accurate and truthful information with respect to Brocade's financial condition and performance, growth, operations, financial statements, business, products, markets, management, earnings and present and future business prospects, to correct any previously issued statements that had become materially misleading or untrue, so that the market price of Brocade's securities would be based upon truthful and accurate information. The Individual Defendants' misrepresentations and omissions during the class period violated these specific requirements and obligations.

15.    The Individual Defendants are liable as participants in a fraudulent scheme and course of conduct that operated as a fraud or deceit on purchasers of Brocade publicly traded securities by disseminating materially false and misleading statements and/or concealing material adverse facts. The scheme: (i) deceived the investing public regarding Brocade's business operations and management and the intrinsic value of Brocade securities; (ii) enabled the Individual Defendants to sell over 4.9 million shares of their personally held Brocade stock and thereby reap over $30 million in gross proceeds; (iii) sell $550 million in 2% convertible subordinated notes in December 2001 and January 2002; (iv) complete a $129 million stock-for-stock acquisitions; and (v) caused plaintiff and members of the Class to purchase Brocade publicly traded securities at artificially inflated prices.

## PLAINTIFF'S CLASS ACTION ALLEGATIONS

16.    Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all those who purchased the securities of Brocade between February 21, 2001 and May 15, 2005, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are defendants, the officers and directors of Brocade, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

1    17.    The members of the Class are so numerous that joinder of all members is
2  impracticable.  Throughout the class period, Brocade stock was actively traded on the NASDAQ.
3  While the exact number of the Class members is unknown to plaintiff at this time and can only be
4  ascertained through appropriate discovery, plaintiff believes that there are hundreds or thousands
5  of members in the proposed Class.  Record owners and other members of the Class may be
6  identified from records maintained by Brocade or its transfer agent and may be notified of the
7  pendency of this action by mail, using the form of notice similar to that customarily used in
8  securities class actions.

9    18.    Plaintiffs' claims are typical of the claims of the members of the Class as all
10  members of the Class are similarly affected by defendants' wrongful conduct in violation of
11  federal law complained of herein.

12    19.    Plaintiff will fairly and adequately protect the interests of the members of the Class
13  and has retained counsel competent and experienced in class and securities litigation.

14    20.    Common questions of law and fact exist as to all members of the Class and
15  predominate over any questions solely affecting individual members of the Class.  Among the
16  questions of law and fact common to the Class are:

17        (a)    Whether the federal securities laws were violated by defendants' acts as
18  alleged herein;

19        (b)    Whether statements made by defendants to the investing public during the
20  class period misrepresented material facts about the business and operations of Brocade;

21        (c)    Whether the prices of Brocade's publicly traded securities were artificially
22  inflated during the class period; and

23        (d)    To what extent the members of the Class have sustained damages and the
24  proper measure of damages.

25    21.    A class action is superior to all other available methods for the fair and efficient
26  adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the
27  damages suffered by individual Class members may be relatively small, the expense and burden of
28  individual litigation make it impossible for members of the Class to individually redress the

1    wrongs done to them.  There will be no difficulty in the management of this action as a class
2    action.

3                              **SUBSTANTIVE ALLEGATIONS**

4        22.    On February 21, 2001, Brocade issued a press release entitled "Brocade Announces
5    Record Revenue and Earnings for First Quarter of Fiscal 2001." The press release stated in part:

> Brocade Communications System, Inc., the leading provider of Storage Area
> Networking infrastructure, reported today record revenue and earnings for the first
> quarter of fiscal 2001 (Q1 01).  For Q1 01, net revenues were $165.0 million, as
> compared to the $42.7 million reported in the first quarter of fiscal 2000 (Q1 00)
> and the $132.1 million reported in the fourth quarter of fiscal 2000 (Q4 00).
> During Q1 01, deferred revenue increased by $7.1 million to $9.1 million.
>
> Net income for Q1 01 was $32.5 million as compared to the $7.3 million reported
> in Q1 00 and the $27.2 million reported in Q4 00.  Diluted net income per share
> for Q1 01 was $0.13 as compared to the $0.03 reported in Q1 00 and the $0.11
> reported in Q4 00.
>
> Operating income as a percentage of net revenues in Q101 increased to 26.9
> percent of revenues, up from 26.6 percent in Q4 00.  This is the seventh
> consecutive quarter that operating income, as a percentage of revenues, has
> increased.
>
> In Q1 01 Brocade generated $56.0 million in cash after purchasing $26.1 million
> in capital equipment and making $6.4 million in minority investments. Total cash
> at the end of Q1 01 was $211.0 million.
>
> For Q1 01, accounts receivable days sales outstanding was 53 days and the
> annualized return on equity when excluding deferred tax assets and unrealized
> gains on marketable equity securities was 49 percent.
>
> Greg Reyes, Brocade President and CEO, commented on the quarter:  "We are
> very pleased with our financial results for the quarter, which demonstrate our
> continued focus and execution in providing the world's leading networking
> infrastructure for storage area networks.  In every industry, in every sector across
> the globe, companies are relying on Brocade SAN infrastructure to network their
> servers and storage, keeps pace with exponential growth in data storage
> requirements, and deliver a platform to reduce the cost of managing,
> administering, and moving business-critical data."
>
>                              * * *

1

2

3

4

5

6

7

Reyes concluded, "We are pleased that we have executed on all fronts during the first quarter of 2001 and we believe that our business fundamentals and competitive position in the SAN infrastructure market have never been stronger. The future of storage area networking is about building large heterogeneous, block-data storage networks that can scale to meet customers' future SAN requirements of limitless SAN scalability, continuous information availability, enterprise level manageability, and end-to-end interoperability.  As the SAN market expands, Brocade will continue to deliver best-in-class products to allow our global customers to put in place a networking foundation for their storage environments that meets their storage needs today and scales to support the future SAN requirements of tomorrow."

8

9

23.    On April 20, 2001, Brocade issued a press release entitled "Brocade Announces Preliminary Q2 01 Financial Results."  The press release stated in part:

10

11

12

13

14

15

Brocade Communications Systems, Inc. announced today preliminary results for the second quarter of fiscal 2001.  Brocade expects to report total net revenue for the second quarter of fiscal 2001 (Q2 01) that will be approximately 30 percent less than the net revenue reported in the first quarter of fiscal 2001 (Q1 01). Diluted net income per share for Q2 01 is expected to be in range of $0.05-$0.06 per share.  During the second quarter, Brocade expects that gross margins will remain in the 60 percent range and will continue at those levels for the next several quarters.  Additionally, Brocade expects that DSOs will be within the target range of 50 to 60 days.

16

17

18

19

Brocade will host a live a conference call today at 6:00 a.m. Pacific Time to discuss the preliminary financial results.  To listen to the call, dial (719) 457-2650, or connect via the Brocade web site at www.brocade.com.  A replay of the conference call will be available following the call.  Details on the replay are available at www.brocade.com.  Brocade plans to announce complete second quarter results on May 15, 2001 at 1:00 p.m. Pacific Time.

20

21

22

23

24

25

"We are sober about the affect that the economy has had on the enterprise technology marketplace and on or short-term business outlook.  We are committed to doing what is right for the business and will continue to invest in engineering resources and quota-carrying sales personnel at a rate that will continue to outpace out competitors.  We believe that our long-term prospects and competitive position in delivering the world's leading intelligent platform for networking storage have never been stronger.  As enterprise capital spending continues to thaw, we are well positioned for growth in the latter part of fiscal 2001 and we expect our year-over-year revenue growth will be approximately 58 percent," said Greg Reyes, Brocade President and CEO.

26

27

24.    On May 15, 2001, Brocade issued a press release entitled "Brocade Announces Second Quarter Fiscal 2001 Financial Results."  The press release stated in part:

28

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

8

Brocade Communications Systems, Inc. reported today financial results for the second quarter of fiscal 2001 (Q2 01). For Q2 01, net revenues were $115.2 million as compared to the $62.1 million reported in the second quarter of fiscal 2000 (Q2 00).

Net income for Q2 01 was $12.0 million as compared to the $13.3 million reported in Q2 00. Diluted net income per share for Q2 01 was $0.05 as compared to the $0.06 reported in Q2 00. During the second quarter, gross margins remained at 60 percent.

In Q2 01, Brocade generated $6.1 million in cash after purchasing $16.9 million in capital equipment and making $10.6 million in minority investments. Total cash at the end of Q2 01 was $217.1 million. Brocade exited the quarter with $5.7 million in deferred revenue. The majority of the deferred revenue was related to inventory held by Brocade master resellers that have not sold through to the end customer.

For Q2 01, accounts receivable days sales outstanding were 58 days and continue to remain within the Brocade target range. Inventory at the end of the second quarter was $8.4 million, and annualized inventory turns were 22 times.

Greg Reyes, Brocade Chairman and CEO, commented on the quarter:

"Considering the current difficult economic environment for technology companies, the second quarter was a period of significant achievement for Brocade. We are pleased that we met the expectations that we set out in April, and we believe that the second quarter was the low water mark for our business. We are now seeing signs that IT budgets may be thawing as companies reprioritize projects based on Return on Investments (ROI). Storage Area Networks (SANs) remain at the top of the priority list. Using Brocade SAN infrastructure, companies can dramatically reduce the cost of managing their data while keeping pace with ever-increasing information storage requirements."

25.    On August 15, 2001, Brocade issued a press release entitled "Brocade Exceeds Revenue Estimates for the Third Quarter of Fiscal 2001." The press release stated in part:

Brocade Communications Systems, Inc. reported today financial results for the third quarter of fiscal 2001 (Q3 01). For Q3 01, net revenues were $116.3 million, a $24.2 million increase from the $92.1 million reported in the third quarter of fiscal 2000 (Q3 00) and a $1.1 million increase from the second quarter of fiscal 2001 (Q2 01). Brocade exited the quarter with $13.4 million in deferred revenue, an increase of $7.7 million over the $5.7 million reported in Q2 01.

Net income for Q3 01 was $12 million as compared to the $20.1 million reported in Q3 01 was $12.0 million as compared to the $20.1 million reported in Q3 00 and the $12.0 million reported in Q2 01. Diluted net income per share for Q3 01 was $0.05 as compared to the $0.08 reported in Q3 00 and the $0.05 reported in Q2 01. During the third quarter, gross margins remained at 60 percent, an improvement over the 58.6 percent reported in Q3 00 and consistent with Q2 01.

In Q3 01, Brocade generated $23.8 million in cash after investing $20.6 million in capital equipment. Total cash at the 3end of Q3 01 was $241.0 million.

For Q3 01, accounts receivable days sales outstanding were 57 days and continue to remain within the Brocade target range. Inventory at the end of the third quarter was $8.0 million, and annualized inventory turns were 23 times.

Greg Reyes, Brocade Chairman and CEO commented on the quarter: "We are pleased with our results for the third quarter, which demonstrate our ability to manage well through a challenging economic environment. As the amount of the data that companies need to store, move, administer, and manage continues to grow at an exponential rate, companies are challenged to keep pace with this data growth within tight IT budgets. With IT projects being prioritized on their Return On Investment (ROI) and their effect on the business bottom line, companies are turning to Storage Area Networks (SANs) to dramatically reduce the costs of managing their data, optimize their investments in compute, storage, and personnel resources, and achieve a rapid ROI. Using Brocade SAN infrastructure, companies can now cost-effectively connect servers and storage subsystems, scale them independently of one another, consolidate and share server and storage resources, and centralize and simplify the labor-intensive aspects of data management."

Reyes continued, "We continue to be mindful about the effect that the economy is having on IT budgets. However, we believe that we are uniquely positioned to take advantage of the massive market opportunity as companies seek to get more out of their compute, storage, and personnel resources by networking storage and expanding initial SAN deployments into heterogeneous, enterprise storage networks. We are also at the beginning of a new product cycle that will continue to raise the bar for the competition, and we are continuing to invest in all aspects of our business to position for growth 2002. We believe that the powerful combination of our new hardware and software products – including the Brocade SilkWorm® 12000 Core Fabric Switch – will further accelerate Brocade's leadership position as the storage infrastructure of choice."

26.    On November 28, 2001, Brocade issued a press release entitled "Brocade Announces Record Revenue for Fiscal Year 2001; Storage Networking Leader Reports Annual Revenue Growth of 56 Percent." The press release stated in part:

Brocade Communications Systems, Inc. reported today financial results for the truth quarter ended October 27, 2001 (Q4 01). In Q4 01, net revenue was $116.5 million as compared to the $116.3 million reported in the third quarter of fiscal 2001 (Q3 01). For fiscal year 2001 (FY 01), revenue was a record $513.0 million, an increase of $184.0 million, or 56 percent, from fiscal year 2000 (FY 00). Brocade exited Q4 01 with $12.6 million in deferred revenue.

Diluted pro forma net income per share for Q4 01 was $0.05, consistent with the diluted net income per share reported in Q3 01. Pro forma net income for Q4 01 was $10.9 million as compared to net income of $12.0 million reported in Q3 01. For FYI 01, pro forma net income was $67.4 million and pro forma diluted net income per share was $0.28, as compared to net income of $67.9 million and diluted net income per share of $0.28, respectively, reported in FY 00. These pro forma results exclude charges of $77.1 million related to purchase commitments; facilities lease losses and asset impairments, and the write-down of private minority equity investments.

These results compare to net revenue of $132.1 million reported in the fourth quarter of fiscal 2000 (Q4 00) and net income and diluted net income per share of $27.2 million and $0.11, respectively.

During the fourth quarter, pro forma gross margins remained at 60.0 percent, a slight improvement over the 59.8 percent gross margins reported in Q4 00 and consistent with Q3 01 gross margins on a pro forma basis for FY 01 were 60.0 percent, as compared to 58.2 percent gross margins for FY 00.

In Q4 01 Brocade generated $14.2 million in cash after purchasing approximately $18.7 million in capital equipment. For FY 01, Brocade generated more than $100 million in cash, after investing $82.3 million in capital equipment. Brocade's total cash balance at the end of Q4 01 was a record $255.1 million.

For Q4 01, accounts receivable days sales outstanding was 54 days, down from the 57 days achieved during Q3 01. Inventory at the end of the fourth quarter was $10.3 million and represented annualized inventory turns of 18 times on a pro forma basis.

Greg Reyes, Brocade Chairman and CEO, commented on the quarter, "We are very pleased with our results for 2001 and our ability to manage and optimize our business model in a challenging economic environment. We believe that our investments in 2001, including our significant investment in research and development, will allow us to take full advantage of the next phase in the market's evolution and position us for resumed growth in 2002."

Reyes continued, "In today's cost –conscious business environment, the value proposition for Brocade storage area networks has never been more relevant-helping companies optimize capital assets, increase productivity of personnel, and significantly reduce the total cost of ownership of storage environments. As we move into fiscal year 2002, we believe that we are incredibly well positioned to continue to expand our leadership position as the world's leading provider of storage area networking infrastructure."

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

11

1
2
3
4
5
6

During the fourth quarter, Brocade further expanded its market leadership position with the introduction and general availability of the Silkworm 3800 Enterprise Fabric Switch. The SilkWorm 3800, based on Brocade's next-generation architecture, is the industry's first 2 Gigabit per second (Gbit/sec) Fabric Switch designed to meet the levels of manageability, availability, scalability and security required for today's storage applications. As further validation of the product's importance to the SAN market, the SilkWorm 3800 was awarded Best of Comdex 2001 award earlier this month, recognized as the most innovative and noteworthy networking hardware product of the year.

7
8
9
10

Expanding on the capabilities of Brocade's existing product family, the next-generation architecture is also the foundation of other upcoming 2 Gbit/sec products from Brocade, including the SilkWorm 12000 128 port Core Fabric Switch. Based on a common set of advanced fabric services and fully forward and backward compatible with the installed base of more than 1,200,000 Brocade fabric ports, the SilkWorm 3800 is available today from nearly all Brocade volume production in the first calendar quarter of 2002.

11
12
13
14
15
16

Reyes concluded, "We believe that our industry-first, next generation 2 Gbit/sec architecture will accelerate the market transition to 2 Gbit/sec technologies and further solidify Brocade's leadership position as the world's storage networking infrastruture of choice. With the SilkWorm 3800, Brocade enables a new level of intelligence in storage networking, making SAN's easier o manage, more highly available and scalable, and more secure than ever before. Through this intelligent platform, our partners can deliver advanced capabilities to their customers through high performances SAN management applications that further reduce the total cost of ownership for storage environments."

17
18
19

27.     In fact, Brocade's fiscal year 2001 EPS was overstated by between $0.05 and $0.11 per share. Thus, Brocade's reported pro forma EPS of $0.28 per share was overstated by as much as 64%.

20
21

28.     On February 13, 2002, Brocade issued a press release entitled "Brocade Reports Financial Results for the First Quarter of Fiscal Year 2002." The press stated in part:

22
23
24
25

Brocade Communications System, Inc. reported today financial results for the first fiscal quarter of 2002 (Q1 02), which ended January 6, 2002. In Q1 02, net revenue was $123.1 million, gross margins were 60 percent, net income was $11.7 million, and diluted net income per share was $0.05. Quarterly sequential revenue growth for Q1 02 was nearly six percent.

26
27

Brocade exited Q1 02 with $13.9 million in deferred revenue, an increase of $1.3 million over deferred revenue at the end of the fourth fiscal quarter of 2001 (Q4 01).

28

In Q1 02 Brocade generated $568.7 million in cash including $537.6 million received from the issuance of convertible subordinated debt. Excluding the net proceeds from the convertible debt offering, cash increased $31.1 million after purchasing $24.5 million in capital equipment. Brocade's total cash, cash equivalents and short-term investments were $823.0 million at the end of Q1 02.

For Q1 02, accounts receivable days sales outstanding were 54 days, consistent with Q4 01. Inventory at the end of Q1 02 was $9.2 million, down from the $10.3 million at the end of Q4 01.

Greg Reyes, Brocade Chairman and CEO, commented on the quarter, "We are extremely pleased with our results for the first fiscal quarter of 2002. In today's business environment, the value proposition for Brocade Storage Area Networks (SANs) has never been more relevant-helping companies optimize capital assets, increase personnel productivity, and significantly reduce the total cost of ownership of storage environments. As companies rapidly migrate to 2 Gigabit per second (Gbit/sec) SAN infrastructure and expand SANs over a common storage networking platform, Brocade is uniquely positioned to capitalize on these dynamics with our industry-first, intelligent 2 Gbit/sec architecture."

Reyes added, "We achieved every development milestone during the quarter, including those for the SilkWorm® 12000, our software products, and our new entry-level product. The SilkWorm 12000 remains on track for volume shipments in the first calendar quarter of 2002. During the first quarter, we also continued to optimize our world-class supply chain, increase our demand generation capabilities, and expand our international operations. Because, we believe that Brocade is now the lowest cost manufacturer in the SAN infrastructure market. In addition, with a presence in more than fourteen countries, during the first quarter we increased our worldwide field sales force by nearly one-third, greatly expanding the demand generation resources for our OEM and channel partners worldwide. We believe that with these continued investments, combined with our industry-first intelligent 2 Gbit/sec architecture, we are extremely well positioned for growth in the latter half of 2002."

29.    On May 14, 2002, Brocade issued a press release entitled "Brocade Releases Statement Regarding Second Quarter Financial Results." The press release stated in part:

Brocade Communications Systems, Inc. announced today that, due to a clerical error, a financial webcast held today contained internal preliminary Question and Answer session preparation notes for Brocade's upcoming Financial Results conference call for the second fiscal quarter, ended April 27, 2002 (Q2 02). The communication contained the following information that Brocade had expected to disclose during its financial conference call to be held on Wednesday, May 15:

-- Forward-looking guidance that revenue for the third quarter of fiscal 2002 will be in the range of $145 to $150 million.

1           -- Strong software revenue growth experienced during Q2 02 resulted in
the establishment of an increased target of 15 percent for software as a percentage

2   of total revenue exiting the fourth quarter of 2002.

3           -- An achievement of net revenue of $12 million related to sales of the
SilkWorm 12000 Core Fabric Switch for Q2 02.

4

5           The communication did not include any other material information about
revenues or earning for the second quarter.

6

7        30.     On May 15, 2002, Brocade issued a press release entitled "Brocade Reports

Financial Results for the Second Fiscal Quarter of 2002; And More Than 9 Percent Quarterly

8

Sequential Revenue Growth." The press release stated in part:

9

     Brocade Communications Systems, Inc. reported today financial results for the
10   second fiscal quarter ended April 27, 2002 (Q2 02). In Q2 02, net revenues were
$135.0 million, which is an increase of more than 17 percent from the $115.2

11   million reported in the second fiscal quarter of 2001 (Q2 01), and an increase of
more than 9 percent from the $123.1 million reported in the first fiscal quarter of

12   2002 (Q1 02). Brocade exited Q2 02 with $16.1 million in deferred revenue,
which is an increase of $2.2 million from Q1 02.

13

14        Net income for Q2 02 was $14.0 million, which is an increase of nearly 17
percent from the $12.0 million reported in Q2 01 and a nearly 20 percent increase

15   from the $11.7 million reported in Q1 02. Diluted net income per share for Q2 02
was $0.06, an increase from the $0.05 reported in Q1 02 and $0.05 for Q2 01.

16   During Q2 02, gross margins were 60.2 percent.

17

     In Q2 02 cash and investments increased by $23.8 million, after purchasing
18   approximately $17.8 million in capital equipment. Total cash and investments at
the end of Q2 02 were a record $847.7 million. For Q2 02, accounts receivable

19   days sales outstanding were 53 days, an improvement of 1 day over that reported
in Q1 02. Inventory at the end of Q2 02 was $5.5 million.

20

21        Greg Reyes, Brocade Chairman and CEO, commented on the quarter, "We
are extremely pleased with our results for the second fiscal quarter of 2002. In

22   today's business environment, the value proposition for Brocade Storage Area
Networks (SANs) resonates more powerfully than ever before with end users;

23   allowing companies to optimize asset utilization, increase productivity, and
significantly reduce the total cost of ownership of their storage environments. As

24   companies continue to expand their SAN deployments over a common storage
networking platform, the SAN architectural decision is now becoming a strategic

25   business decision to support storage and server consolidation, deliver secure,
efficient data backup and assure high data availability and business continuity."

26

27

28

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS
14

Reyes continued, "With more than 1.6 million Brocade SAN ports deployed worldwide. Brocade is uniquely positioned to expand our market leadership position as the intelligent storage networking platform of choice. We believe that our continued investments in our business, combined with our product leadership and vision, strong OEM and industry partnerships, and unrelenting focus on execution, uniquely position Brocade to capitalize on the expanding market opportunity for intelligent storage area networking infrastructure."

31.    On August 14, 2002, Brocade issued a press release entitled "Brocade Reports Third Quarter 2002 Financial Results; Achieves 30 Percent Revenue Growth and 52 Percent Net Income Growth." The press release stated in part:

> Brocade Communications Systems, Inc. reported financial results today for the third fiscal quarter ended July 27, 2002 (Q3 02). In Q3 02, net revenues were $151.2 million, an increase of 30 percent over the $116.3 million reported in the third fiscal quarter of 2001 (Q3 01), and an increase of 12 percent over the $135.0 million reported in the second fiscal quarter of 2002 (Q2 02). Brocade exited Q3 02 with $18.3 million in deferred revenue, an increase of $2.2 million from Q2 02.
>
> Net income for Q3 02 was S18.3 million, an increase of 52 percent from the $12.0 million reported in Q3 01 and a 31 percent increase from the $14.0 million reported in Q2 02. Diluted net income per share for Q3 02 was $0.08, an increase from the $0.05 reported in Q3 01 and the $0.06 reported in Q2 02.
>
> During Q3 02 cash, cash equivalents, and investments increased by $34.6 million from Q2 02. Total cash, cash equivalents, and investments at the end of Q3 02 were S882.3 million. For Q3 02, day's sales outstanding were 53 days, consistent with that reported in Q2 02. Net inventory at the end of Q3 02 was $7.1 million.
>
> Greg Reyes, Brocade Chairman and CEO, commented on the quarter, we are extremely pleased with our results for the third fiscal quarter of 2002. In today's business environment, the value proposition for Brocade Storage Area Networks (SANs) resonates more powerfully than ever, allowing companies to optimize asset utilization, increase productivity, and significantly reduce the total cost of ownership of their storage environments.  As companies continue to expand their SAN deployments utilizing a common storage networking architecture.  SANs are emerging as the critical building block to enable storage and server consolidation; secure, efficient data backup: and lower cost high availability and business continuity.
>
> Reyes continued our vision and product leadership, strong OEM and industry partnerships, and Unrelenting, focus on execution, combined with our installed base of more than 1.8 million Brocade Fibre Channel ports, uniquely position Brocade to capitalize on the expanding market opportunity for intelligent SAN infrastructure.

1    32.    On November 5, 2002, Brocade announced its planned stock-for-stock acquisition

2  of Rhapsody Networks, Inc., wherein Brocade proposed to issue some 20 million shares of

3  Brocade stock in exchange for Rhapsody. By issuing stock at inflated prices Brocade was able to

4  make the acquisition less dilutive to defendants own shares. Ultimately Brocade completed the

5  acquisition of Rhapsody issuing stock valued at $129.3 million.

6    33.    On November 21, 2002, Brocade issued a press release entitled "Brocade

7  Announces Q4 and Fiscal 2002 Financial Results; Storage Networking Leader Achieves 31

8  Percent Year over Year Revenue Growth in Q4 02; Reports Record Revenue for Fiscal 2002 of

9  $562.4 Million" The press release stated in part:

10
          Brocade Communications Systems, Inc. announced today financial results for its
11     fourth quarter ended October 26, 2002 (Q4 02). For Q4 02, net revenue was
       $153.1 million, an increase of 31 percent from $116.5 million reported in the
12     fourth quarter of fiscal 2001 (Q4 01). This compares to S 151.2 million reported in
       the third quarter of fiscal 2002 (Q3 02). For fiscal 2002 (FY 02), revenue was a
13     record $562.4 million, an increase of 10 percent from $513.0 million reported ₁n
       fiscal 2001 (FY 01).
14
          Net income for Q4 02 was $15.7 million, or $0.07 per share. This compares
15     to a net loss of $53.7 million for Q4 01 or S0.24 per share. For FY 02, net income
       was $59.7 million or $0.25 per share, as compared to net income of $2.8 million
16     or $0.01 per share, reported in FY 01.

17
          Deferred revenue at the end of Q4 02 was $22.4 million, an increase of 54.1
18     million from $18.3 million at the end of Q3 02. During, Q4 02, gross margins
       were 58.5 percent.
19

20        During Q4 02 Brocade generated $20.6 million ₁n cash flow from
       operations.    For the year, cash flow from operations was $110.6 million.
21     Excluding the proceeds from the convertible debt offering, cash and investments
       balances grew by $95.6 million for FY 02.
22

23        "As the storage networking market leader, we are pleased with our progress
       networking in expanding our leadership position in fiscal 2002. In a challenging
24     economic environment we grew revenue and market share, expanded our
       intelligent platform for networking storage, increased our installed base to more
25     than 2 million pots, strengthened our OEM relationships worldwide, and helped
       accelerate time to market for our broad ecosystem of partners," said Greg Reyes,
26     Brocade Chairman and CEO.

27

28

Brocade also announced today that it has realigned the organization and reduced its expense structure. Brocade expects these and other actions to result in a cost savings of more than $8 million in the first quarter of fiscal 2003. These actions include aligning the organization to better serve customers and streamlining management levels, resulting in a Patter, more efficient organization. These actions resulted in a workforce reduction of approximately 12 percent. A total employee worldwide is now approximately 1200.

Reyes continued, "Aligning Brocade required some difficult decisions, but we believe that we made the right decisions for the business. With the expense reduction plan that we have implemented, and the strategic investments that we continue to make in our business, we believe that we are well positioned as the economy recovers. Our technology and market leadership, large installed base. storage networking expertise and the industry's broadest ecosystem of application partners are a powerful combination that will uniquely position Brocade to lead the next phase of the evolution of the storage networking market."

34.    In fact, Brocade's fiscal year 2002 EPS was overstated by between $0.08 and $0.09 per share. Thus, Brocade's reported pro forma EPS of $0.25 per share was overstated by as much as 56%.

35.    On February 12, 2003, Brocade issued a press release entitled "Brocade Reports Financial Results for the First Quarter of Fiscal 2003; Storage Networking Leader Achieves Business Optimization Targets and Expands Market Leadership Position." The press release stated in part:

Brocade Communications Systems, Inc. reported financial results today for its first quarter of fiscal year 2003 ended January 25, 2003 (Q 1 03). Net revenue for Q1 03 was $123.1 million. This compares to $153.1 million reported in the fourth quarter of fiscal year 2002 (Q4 02), and $123.1 million reported in the first quarter of fiscal year 2002 (Q1 02).

Pro forma net income for Q1 03 was $0.3 million or $0.00 per share. Pro forma net income excludes a restructuring charge of SIOA million associated with the 12 percent reduction in workforce that was announced on November 21, 2002. Reporting on a Generally Accepted Accounting Principles (GAAP) basis, net loss for Q1 03 was $6.9 million, or $0.03 per share. This compares to GAAP net income for Q4 02 of $15.7 million, or $0.07 per share, and GAAP net income of $11.7 million or $0.05 per share in Q1 02. A reconciliation between pro forma net income and net loss on a GAAP basis is provided in a table summary immediately following the Pro Forma Condensed Consolidated Statements of Operations.

Greg Reyes, Brocade Chairman and CEO, commented on the quarter. "We are pleased with our financial results for the first quarter of fiscal year 2003. This was a quarter of continued execution for Brocade. We met our business optimization goals, reducing operating expenses by 12 percent quarter over quarter, and continued to expand our leadership position in delivering the industry's leading intelligent platform for networking storage, growing our installed base to 2.3 million Fibre Channel ports and completing the acquisition of Rhapsody Networks. By continuing to optimize and invest strategically in our business, we are positioned well for renewed growth in 2003 as we continue to drive the next phase of the evolution of the storage networking market.

36.     On May 14, 2003, Brocade issued a press release entitled "Brocade Reports Second Quarter Fiscal 2003 Financial Results." The press release stated in part:

Brocade Communications Systems, Inc. reported today financial results for its second quarter of fiscal year 2003, which ended April 26, 2003 (Q2 03). Net revenue for Q2 03 was $130.9 million, which compares to $123.1 million reported in the first quarter of fiscal year 2003 (Q1 03), and$ 135.0 million reported in the second quarter of fiscal year 2002 (Q2 02).

Reporting on a Generally Accepted Accounting Principles (GAAP) basis, net loss for Q2 03 was $146.0 million, or $0.57 per share. This compares to a GAAP net loss for Q1 03 of $6.9 million, or $0.03 per share, and GAAP net income of $14.0 million or $0.06 per share in Q2 02.

Non-GAAP net loss for Q2 03 was $1.0 million or $0.00 per share, as compared to non-GAAP net income of $0.3 million or S0.00 per share in Q1 03. There was no difference between GAAP and non-GAAP net income in Q2 02. Non-GAAP net income for Q2 03 excludes in-process research and development, deferred stock compensation and other acquisition costs related to the acquisition of Rhapsody Networks, Inc. (Rhapsody) in Q2 03, and severance, asset impairment. and other charges related to the restructuring of business operations that was announced on April 10, 2003. A reconciliation between GAAP and non-GAAP information is attached to this press release.

"I am pleased with the results that we have delivered in meeting our expectations of revenue, gross margin and operating expense," said Greg Reyes, Brocade Chairman and CEO. "Moving forward, we remain committed to driving revenue growth and profitability."

37.     On August 13, 2003, Brocade issued a press release entitled "Brocade Reports Third Quarter Fiscal 2003 Financial Results; Storage Networking Leader Increases Revenue, Net Income, and EPS on a Sequential Basis." The press release stated in part:

Brocade Communications Systems, Inc. reported today financial results for its third quarter of fiscal year 2003 (Q3 03), which ended July 26, 2003. Net revenue for Q3 03 was $133.5 million, an increase from the 5130.9 million reported in the second quarter of fiscal year 2003 (Q2 03). Net revenue reported in the third quarter of fiscal year 2002 (Q3 02) was $151.2 million.

Non-GAAP net income for Q3 03 was $2.0 million, or $0.01 per share, as compared to a non-GAAP net loss of $1.0 million or $0.00 per share in Q2 03. Non-GAAP net income for Q3 03 excludes deferred stock compensation related to the acquisition of Rhapsody Networks, Inc. (Rhapsody) that was completed in Q2 03. A reconciliation between GAAP and non-GAAP information is contained in the tables below.

Reporting on a Generally Accepted Accounting Principles (GAAP) basis, net income for Q3 03 was $1.9 million, or $0.01 per share. This compares to a GAAP net loss for Q2 03 of $146.0 million, or $0.57 per share, and GAAP net income of $18.3 million or $0.08 per share in Q3 02. There was no difference between GAAP and non-GAAP net income in Q3 02.

"We are pleased with our results for our third fiscal quarter in which we delivered increased revenue, operating income, and earnings per share to our shareholders," said Greg Reyes, Brocade Chairman and CEO. "Although the economic environment continues to be challenging, storage area networking remains an important area of IT investment as companies optimize their storage, server and application infrastructures to reduce cost and improve productivity. The actions that we have taken over the last several quarters have resulted in a more efficient and flexible business model more closely aligned with our go to market strategy. Moving forward, we are confident of our market position, and believe that we are well positioned for continued revenue and earnings growth."

38.    On November 20, 2003, Brocade issued a press release entitled "Brocade Reports Fourth Quarter and Fiscal Year 2003 Results; Storage Networking Leader Increases Revenue, Net Income, and EPS on a Sequential Basis." The press release stated in part:

Brocade Communications Systems, Inc. reported today financial results for its fourth quarter (Q4 03) and fiscal year 2003 (FY 03) which ended October 25, 2003. Net revenue for Q4 03 was $137.8 million, an increase of three percent from $133.5 million reported in the third quarter of fiscal year 2003 (Q3 03). Net revenue reported in the fourth quarter of fiscal year 2002 (Q4 02) was $153.1 million. Net revenue for FY 03 was $525.3 million, as compared to net revenue of $562.4 million reported in fiscal year 2002 (FY 02).

Non-GAAP net income for Q4 03 was 54.6 million, or $0.02 per share, as compared to a non-GAAP net income of 52.0 million, or $0.01 per share, in Q3 03. Non-GAAP net income for Q4 03 excludes gains related to repurchases of convertible subordinated debt, a gain on the disposition of private strategic investments, a reduction of previously recorded restructuring costs, and deferred stock compensation expense related to the acquisition of Rhapsody Networks, Inc.

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

For FY 03, non-GAAP net income was $5.6 million, or $0.02 per share. Non-GAAP net income for FY 03 excludes gains related to repurchases of convertible subordinated debt, net gains on the disposition of private strategic investments, restructuring costs, and deferred stock compensation and in-process research and development expenses related to the Rhapsody acquisition.

39.    In fact, Brocade's FY 2003 EPS was overstated by as much as $0.01 per share.

40.    On February 11, 2004, Brocade issued a press release entitled "Brocade Reports First Quarter of Fiscal 2004 Results; Revenues Increase 5% sequentially and 18% Year Over Year." The press release stated in part:

Brocade Communications Systems, Inc. reported today financial results for its first quarter of fiscal year 2004 (Q1 04) which ended January 24, 2004. Net revenues for Q1 04 were $145.0 million, an increase of five percent from $137.8 million reported in the fourth quarter of fiscal year 2003 (Q4 03) and an increase of 18 percent from $123.1 million reported in the first quarter of fiscal 2003 (Q1 03).

"Our first quarter was a good one, and fiscal 2004 are off to an excellent start for Brocade. During the first quarter, we saw revenue growth across our entire business," said Greg Reyes, Brocade Chairman and CEO. "This represents our 4th quarter in a row of improved revenue, gross margin and operating margin. With our upcoming product cycle and improving trends in the storage sector, we continue to be confident in our market position and future prospects."

Non-GAAP net income for Q1 04 was $8.0 million, or $0.03 per share, as compared to non-GAAP net income of $4.6 million, or $0.02 per share, reported in Q4 03 and non-GAAP net income of $0.0 million, or $0.00 per share, reported in Q1 03. Non-GAAP net income for Q1 04 excludes gains related to repurchases of convertible subordinated debt, deferred stock compensation expense related to the acquisition of Rhapsody Networks, Inc. (Rhapsody), and lease termination, facilities consolidation and other related costs. Non-GAAP net income for Q4 03 excludes gains related to repurchases of convertible subordinated debt, a gain on the disposition of private strategic investments, a reduction of previously recorded restructuring costs, and deferred stock compensation expense related to the acquisition of Rhapsody. Non-GAAP net income for Q1 03 excludes net gains on the disposition of private strategic investments and restructuring costs associated with a company-wide workforce reduction in Q1 03. A reconciliation between GAAP and non-GAAP information is contained in the tables below.

Reporting on a GAAP basis, net loss for Q1 04 was $36.8 million, or $(0.14) per share. This compares to GAAP net income for Q4 03 of $14.8 million, or $0.06 per share, and GAAP net loss for Q1 03 of $6.9 million, or $(0.03) per share.

41.     On May 19, 2004, Brocade issued a press release entitled "Brocade Reports Second Quarter of Fiscal 2004 Results: Revenues and Gross Margins Increase for Fifth Consecutive Quarter." The press release stated in part:

> Brocade Communications Systems, Inc. reported today financial results for its second quarter of fiscal year 2004 (Q2 04) which ended May 1, 2004. Net revenues for Q2 04 were $145.6 million, a slight increase from $145.0 million reported in the first quarter of fiscal year 2004 (Q1 04) and an increase of 11 percent from $130.9 million reported in the second quarter of fiscal 2003 (Q2 03).

> "In addition to delivering our fifth consecutive quarter of improvement in revenue and gross margin, during the quarter we continued to execute on our long term strategy by extending our product portfolio with four major product introductions," said Greg Reyes, Brocade Chairman and CEO. "We also strengthened Brocade's position across the entire spectrum of the SAN market and have set the stage to accelerate the achievement of our previously stated financial model targets by a full year."

> Non-GAAP net income for Q2 04 was $8.1 million, or $0.03 per share, as compared to non-GAAP net income of $8.0 million, or S0.03 per share, reported in Q1 04 and non-GAAP net loss of $1.1 million, or $(0.00) per share, reported in Q2 03. Non-GAAP net income for Q2 04 excludes restructuring charges, settlement cost of a claim associated with the acquisition of Rhapsody Networks, Inc. (Rhapsody), deferred stock compensation expense related to Rhapsody, and gains on the disposition of private strategic investments. Non-GAAP net income for Q1 04 excludes lease termination, facilities consolidation and other related costs, deferred stock compensation expense related to the acquisition of Rhapsody, and gains related to repurchases of convertible subordinated debt. Non-GAAP net loss for Q2 03 excludes restructuring charges, in-process research and development, and deferred stock compensation expense related to the acquisition of Rhapsody. A reconciliation between GAAP and non-GAAP net income (loss) is contained in the tables below.

42.     On August 12, 2004, Brocade issued a press release entitled "Brocade Announces Preliminary Q3 2004 Results: Revenue on Track, Exceeds FPS Guidance." The press release stated in part:

> Brocade Communications Systems, Inc., the world's leading provider of infrastructure solutions for Storage Area Networks (SANs), today announced preliminary results for the third quarter of fiscal 2004 (Q3 04) ended July 31, 2004. Brocade expects to report net revenue for Q3 04 in a range of $149.5 to $00.5 million and GAAP net income per share of $0.06 to $0.07. The GAAP earnings include a pre-tax gain of $3.5 million, equivalent to $0.01 per share, related to repurchases of $47.4 million of Brocade's convertible subordinated debt.

1
2
3
4

"I am pleased to announce revenue that is in line with our previous outlook and better than expected EPS," said Greg Reyes, Brocade Chairman and CEO. "Given the unusually large number of pre-announcements by storage-related companies with lower than expected financial results, we believe that it is important to provide our preliminary results so the market can assess Brocade's performance and competitive position accurately."

5
6
7
8

43.    On November 22, 2004, Brocade issued a press release entitled "Brocade Reports Fourth Quarter and Fiscal Year 2004 Results-, Record Annual Revenue of $596.3 Million Increases 14% Year Over Year Fourth Quarter Operating Margin Increases to 16%." The press release stated in part:

9
10
11
12
13

Brocade Communications Systems, Inc. reported today financial results for its fourth quarter (Q4 04) and fiscal year 2004 (FY 04) which ended October 30, 2004. Net revenues for Q4 04 were $155.6 million, an increase of four percent from $150.0 million reported in the third quarter of fiscal year 2004 (Q3 04) and an increase of 13 percent from $137.8 million reported in the fourth quarter of fiscal 2003 (Q4 03). Net revenues for FY 04 were $596.3 million, an increase of 14 percent from $525.3 million reported in fiscal year 2003 (FY 03).

14
15
16
17
18
19
20
21
22

Non-GAAP net income for Q4 04 was $18.6 million, or $0.07 per share, as compared to non-GAAP net income of $15.2 million, or $0.06 per share, reported in Q3 04 and non-GAAP net income of $4.6 million, or $0.02 per share, reported in Q4 03. Non-GAAP net income for Q4 04 excludes deferred stock compensation expense related to Rhapsody Networks, Inc. (Rhapsody), a reduction of previously recorded restructuring costs, and gains related to repurchases of Brocade's convertible subordinated debt. Non-GAAP net income for Q3 04 excludes deferred stock compensation expense related to the acquisition of Rhapsody, gains related to repurchases of Brocade's convertible subordinated debt, and gains on the disposition of private strategic investments. Non-GAAP net income for Q4 03 excludes deferred stock compensation expense related to the acquisition of Rhapsody, a reduction of previously recorded restructuring costs, gains related to repurchases of Brocade's convertible subordinated debt, and gains on the investments of private strategic investments. A reconciliation between GAAP and non-GAAP net income is contained in the tables below.

23
24
25

Reporting on a GAAP basis, net income for Q4 04 was $20.4 million, or $0.08 per share basic and diluted. This compares to GAAP net income for Q3 04 of $17.0 million, or $0.06 per share diluted, $0.07 per share basic, and GAAP net income for (Q4 03) of $14.8 million, or $0.06 per share basic and diluted.

26
27
28

"Fiscal 2004 was a good year for Brocade and I am very proud of our results," said Greg Reyes, Brocade Chairman and CEO. "During the year we expanded and extended our product line, introduced new products in new segments, executed on our business strategy, achieved our financial model targets, and strengthened the overall position of Brocade."

44.    In fact, Brocade's FY 2004 EPS was overstated by as much as much as $0.01 per share.

## THE TRUTH BEGINS TO EMERGE

45.    On January 6, 2005, Brocade issued a press release entitled "Brocade Communications to Restate Financial Statements; Company Currently Expects Adjustments to Relate to Stock Compensation; Company Plans to Delay the Filing of its Form 10-K for Fiscal Year Ending October 30, 2004." The press release stated in part:

> Brocade Communications Systems, Inc., the world's leading provider of infrastructure solutions for Storage Area Networks (SANs), announced today that it currently expects to restate its financial statements for fiscal years ending 2002 and 2003 to record additional stock-based compensation expense as a result of an internal review. During the course of the review, which is still ongoing, Brocade determined that the way in which it accounted for stock option grants was incorrect and requires restatement. Brocade currently expects the restatement to relate to stock compensation. Brocade does not currently anticipate any material adjustments to its historical revenues; non-stock option related operating expenses or cash positions. Brocade expects related adjustments will be made to Brocade's financial statements for fiscal years prior to 2002, as necessary.

> Specifically, Brocade has determined it incorrectly accounted for, and will record historical stock-based compensation charges relating to, (i) grants that were made to new hires on their offer acceptance date, rather than the date of their commencement of employment, during the period May 1999 to July 2000, and (ii) grants that were made to persons engaged on a part-time basis prior to their new hire full-time employment during the period August 2000 to October 2002.

> ***Brocade's audit committee is conducting the internal review with the assistance of outside counsel and accountants, both of whom were retained for this purpose. The review is ongoing. There can be no assurance that additional adjustments will not be required. The Audit Committee expects to complete the review process in the next few weeks. Brocade intends to provide more information as soon as it is available.***

> ***"Our core business remains strong and the restatement does not affect the underlying fundamentals of our business. We continue to successfully execute on our strategies and plans and to further strengthen the overall position of Brocade," said Greg Reyes, Brocade Chairman and Chief Executive Officer.***

1  46.  On January 24, 2005, Brocade issued a press release entitled "Brocade Announces

2 the Completion of Audit Committee Internal Review; All Adjustments Are Non Cash and Relate

3 to Stock-Based Compensation and Associated Tax Adjustments." The press release stated in part:

4   Brocade Communications Systems, Inc., the world's leading provider of infrastructure
   solutions for Storage Area Networks (SANS), announced today that its Audit

5   Committee has completed its previously announced internal review. Because of the
   findings of the review, Brocade expects to record additional stock-based compensation

6   charges, which are non-cash. In addition Brocade expects to record a valuation
   allowance associated with deferred tax assets related to previously recorded stock

7   option tax benefits.

8   Brocade affirmed that none of the adjustments impact historical revenues, cash
   positions, or non-stock option related operating expenses. Brocade emphasized that its

9   core business remains strong and the financial restatement does not affect the
   underlying fundamentals of the business. Brocade is working to prepare revised

10   financial statements to reflect the net stock compensation expenses and associated
   income tax effect. Brocade will provide more information as soon as it is available.

11

12   The table below reflects Brocade's expectations of the approximate impact to
   Brocade's Pre-tax Income (Loss) and Net Income (Loss):

13

| (Amounts in Millions (1) | FY02 (1) | FY03 (1) | FY04 (1) |
|---|---|---|---|
| Pre tax income (loss) as reported | $84 | $(134) | $(16) |
| Adjustments to pre tax income (loss): | | | |
| Stock based compensation | 47 | (1) | (2) |
| Adjusted pre tax income (loss) | $131 | $(135) | $(18) |
| Income tax provision (benefit) as reported | 24 | 2 | (14) |
| Adjustment to tax provision (benefit): | | | |
| Changes in effective tax rate | (19) | 10 | 28 |
| Adjusted tax provision (benefit) | $5 | $12 | $14 |
| Net income (loss) as stated | $126 | $(147) | $(32) |
| Net income (loss) as reported | $60 | $(136) | $(2) |
| Change in reported net income | $66 | $(11) | $(30) |

   (1) The amounts provided are estimates and subject to audit. Brocade has
 not yet filed its Form 10-K report for the Year Ended October 30, 2004, and there
 can be no assurance that these amounts may not change.

   As announced on January 6, Brocade determined it incorrectly accounted
 for, and would record historical stock-based compensation charges relating to, (i)
 grants that were made to new hires on their offer acceptance date, rather than the

1    date of their commencement of employment, during the period May 1999 to July

2    2000; and (ii) grants that were made to persons engaged on a part-time basis prior

3    to their new hire full-time employment during the period August 2000 to October
2002.

4    *Upon completion of the internal review, the Audit Committee further*

5    *determined that there was insufficient basis to rely on Brocade's process and*
*related documentation to support recorded measurement dates used to account*

6    *for certain stock options granted prior to August 2003. Because, Brocade will*
*record additional stock-based compensation charges relating to many of its stock*

7    *option grants from the periods 1999 though the third quarter of fiscal 2003. In*

8    *addition, it was concluded that there were improprieties in connection with the*
*documentation of stock option grants and related employment records of a small*

9    *number of employees prior to mid 2002, which resulted in immaterial*
*adjustments included in this restatement.*

10    These charges will affect the previously filed financial statements for fiscal

11    years 2002 and 2003. Brocade also expects to make stock based compensation and
associated    income tax adjustments to previously reported fiscal year 2004

12    financial results. These adjustments relate solely to matters pertaining to stock
options granted prior to August 2003. For years prior to 2002, Brocade will reduce

13    previously reported net income by approximately $304 million (consisting of a

14    reduction to net income in years 1999 and 2000 of $15 million and $1,019 million,
respectively, and an increase to net income in 2001 of $730 million) relating solely

15    to stock based compensation and associated income tax adjustments. Brocade will
calculate the additional historical stock based compensation charges using the

16    variable method of accounting under APB 25. The stock compensation and related
tax adjustments are all non-cash.

17

18    Because of the stock compensation adjustments, Brocade's deferred tax
assets previously recognized have now been fully reserved. Brocade expects to

19    realize a tax benefit in future reporting periods when it is able to utilize its Net
Operating Losses to offset future Income. This will result in a lower future

20    effective income tax rate than previously expected.

21    Brocade also announced today that Michael Klayko, previously Vice
President of Worldwide Sales has been named Chief Executive Officer, and that

22    David House, who previously served as lead outside director of Brocade, has been
named Executive Chairman of Brocade, effective immediately. Greg Reyes, who

23    served in these positions for six years, will remain active as an employee advisor to

24    Brocade. For more information, please see the press release entitled, "Brocade
Announces Executive Appointments" issued today.

25

26    Brocade does not expect these developments to impact the timing of its release
of financial results for the first quarter fiscal year 2005, ending January 29, 2005,
expected to occur on February 16, 2005.

27

28    47.    On April 27, 2005, Wall Street's well known analysts became aware that Brocade

would fall short of its forecasted results. Defendants realized that their improper accounting

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS
25

scheme could go on no longer as the SEC was already investigating Brocade. Wall Street analysts went on a rampage urging clients to immediately sell Brocade's shares, warning that Brocade would not meet its forecast.

48.    For example, Merrill Lynch wrote on the morning of April 28, 2005:

• We are downgrading shares of Brocade Communications from Buy to Sell. We expect Brocade to miss consensus earnings expectations from the April quarter by about $.02 (20%). This could cause further downward pressure on the stock, even at currently depressed levels. Also, as investors weigh options-adjusted EPS more over the next few months, Brocade's shares could act weakly. We estimate that when adjusted for a full tax rate and options-related expensing, Brocade's C2006 EPS is $.18, 49% lower than our 5.37 estimate excluding, such adjustments.

• Revenue decline of 10% expected in FQ2 (Apr). Our research suggests that Brocade may post revenue of $145M (-10% seq.) vs. our prior estimate of $160M ('1% seq.) in its FQ2. The consensus estimate is for revenue of $159M. This would imply a $14M (9%) revenue miss relative to expectations.

49.    On these revelations Brocade's shares fell more than 10% on huge volume of 23 million shares traded.

50.    On May 2, 2005, Brocade issued a press release entitled "Brocade Announces Preliminary Second Quarter Fiscal 2005 Results." The press release stated in part:

Brocade Communications Systems, Inc., the world's leading provider of infrastructure solutions for Storage Area Networks (SANs), today announced preliminary results for the second quarter of fiscal 2005 (Q2 05), ending April 30, 2005. Brocade expects to report net revenue for Q2 05 in a range of $144 to $145 million, which is below previous guidance issued on February 16, 2005 of $155 to $161 million, and diluted GAAP net income per share of $0.07. Brocade expects non-GAAP results to be generally consistent with GAAP results. These preliminary results compare to net revenue of $161.6 million and diluted GAAP net income per share of $0.10, for the first quarter of fiscal 2005 (Q 1 05) and net revenue of $145.6 million and GAAP diluted net income per share of $.01 for the second quarter of fiscal 2004 (Q2 04). As previously disclosed, fiscal 2004 was a 53-week year instead of a 52-week year and the extra week fell into Q2 04. Because, net revenue in Q2 04 included approximately $5 to $6 million in additional revenue, without which net revenue for Q2 04 would have been approximately $140 million.

These preliminary results are based on management's initial estimates of operating results and there can be no assurance that the amounts may not change.

1

2

Brocade attributed the revenue shortfall to greater seasonality than expected, reflecting a lower level of enterprise spending, and an extended sales cycle causing business from end customers to push outside of the quarter.

3

4

5

6

7

8

Our sales pipeline indicates that the underlying fundamentals of our business remain intact, and while we are disappointed to miss our original guidance, we continue to manage expenses and remain at a healthy level of profitability," said Michael Klayko, CEO.    "As reported recently bʸ several industry observers, the storage environment in the last two weeks of March was weak and while April was a good month, it was not enough to offset the weakness in March.    As we enter the third fiscal quarter, our sales pipeline continues to grow and the pipeline we see today is a stronger one than it was entering our second quarter," continued Klayko.

9

10

Brocade will report final financial results for its second quarter fiscal year 2005 on Wednesday, May 18, 2005 after the close of market.

11

12

13

14

51.    Then, on May 16, 2005, before the markets opened, Brocade issued a press release entitled "Brocade Restates Financial Statements to Reflect Additional Stock-Based Compensation Expense; Company Affirms That None of the Adjustments Impact Historical Revenues, Cash Positions, or Non-Stock Option Related Operating Expenses." The press release stated in part:

15

16

17

18

Brocade Communications Systems, Inc. announced today that Brocade will restate its financial statements for the fiscal years ending 2002 throuᵍh 2004 to record additional charges for stock-based compensation expense. Brocade affirmed that none of the charᵍes will have an impact on Brocade's historical revenues, cash positions, or non-stock option related operating expenses. Brocade expects related adjustments will be made to Brocade's financial information for fiscal 2001, as necessary.

19

20

21

22

23

24

Following the completion of an Audit Committee review announced on January 24, 2005, additional information came to Brocade's attention that indicated that its guidelines regarding stock option granting practices were not followed during the period from August 2003 through November 2004. After further review, Brocade concluded that it could not rely on the documentation used to support the recorded measurement dates for stock options granted in that period. Because, Brocade will restate its financial statements to account for additional stock-based compensation for stock options granted from August 2003 through November 2004. The additional charges are expected to result in a cumulative increase in non-cash stock option compensation expense of $0.8 million over fiscal years 2003 and 2004.

25

26

27

28

After discovering the additional information regarding non-compliance lance of its guidelines, a review of certain other practices that could guidelines, Brocade commenced impact stock option accounting. This review determined that from 2001 through 2004, Brocade had not appropriately accounted for the cost of stock· based compensation for certain employees on leaves of absences (LOA) and in transition roles prior to ceasing employment with Brocade. Prior to 2003, Brocade's LOA policy allowed certain employees to continue vesting in their stock options and to

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

27

have extended stock option exercise periods for up to three months from the start of the LOA. The expected charges relate principally to options that continued to vest for employees who were on LOAs for a period greater than three months. Brocade also expects to record additional adjustments related to options that continued to vest for certain employees in transition roles. Management estimates the total increase in non-cash compensation expense related to these matters to be in a range of approximately $31 to $52 million for fiscal years 2001 through 2004.

Brocade's Audit Committee has commenced an independent review of Brocade's stock option accounting regarding LOAs. Based on that ongoing review, Brocade's preliminary estimates of anticipated adjustments arc subject to change.

The table below reflects the total effects of these combined adjustments and are Brocade's preliminary estimate of the approximate impact to Brocade's non-cash expenses and EPS. Brocade does not currently expect that there will be any impact on non-cash expenses and EPS for any period in fiscal year 2005.

Fiscal Year Ending: Additional Non-Cash Expense Reduction in EPS

| | | |
|---|---|---|
| 2001 | $12.0 - $26.0 million | S0.05 - $0.11 |
| 2002 | $19.0 - $23.0 million | $0.08 - $0.09 |
| 2003) | $0.2 - 50.8 million | $0.00 - $0.01 |
| 2004 | $0.8 - $2.8 million | $0.00 - $0.01 |

Brocade also announced today that it has been informed that the Department of Justice (DOJ) is working with the SEC in a joint investigation regarding Brocade's stock option granting practices. Brocade has no further information regarding the timing or scope of the investigation.

"It is not unusual in the current environment that multiple relevant government agencies will take an interest in these types of matters," said Michael Klayko, Brocade's newly appointed Chief Executive Officer. "We are cooperating fully with the SEC and DOJ and hope that the investigation can be concluded as quickly as possible." Klayko continued, "The Board and management team are absolutely committed to the highest standard of accounting and continuously improving our internal controls and compliance with our policies. I have confidence in my team and we remain focused on executing to our business plan."

**UNDISCLOSED ADVERSE INFORMATION**

52.     In fact, Brocade's financials had been false for at least four years due to its improper accounting for compensation expenses. Because, Brocade's results were presented in violation of Generally Accepted Accounting Principles ("GAAP").

53.     GAAP are those principles recognized by the accounting profession as the conventions, rules and procedures necessary to define accepted accounting practices at a particular time. Regulation S-X, 17 C.F.R. §210.4-01(a)(1), states that financial statements filed with the SEC which are not prepared in compliance with GAAP are presumed to be misleading and inaccurate. Regulation S-X requires that interim financial statements must also comply with GAAP, with the exception that interim financial statements need not include disclosures that would be duplicative of disclosures accompanying annual financial statements.

54.     Pursuant to GAAP, as set forth in Accounting Principles Board Opinion ("APB") No. 20, the type of restatements and revisions announced by Brocade were to correct for material errors in previously issued financial statements. APB No. 20, ¶¶7-13.   The restatement of past financial statements is a disfavored method of recognizing an accounting change as it dilutes confidence by investors in the financial statements, it makes it difficult to compare financial statements and it is often difficult, if not impossible, to generate the numbers when restatement occurs. *Id. 1₁14.* Thus, GAAP provides that financial statements should only be restated in limited circumstances, i.e., when there is a change in the reporting entity, there is a change in accounting principles used or to correct an error in previously issued financial statements. Brocade's restatements and revisions were not due to a change in reporting entity or a change in accounting, principle, but rather to errors in previously issued financial statements. Thus, the restatements and revisions were an admission by defendants that Brocade's previously issued financial results and its public statements regarding those results were false and misleading. Moreover, immaterial corrections are not required to be restated. APB No. 20, ¶38. Thus, the restatement indicates that the errors were material.

55.     Because of these materially false and misleading statements and failures to disclose, Brocade's publicly traded securities traded at inflated prices during the class period. Plaintiff and other members of the Class purchased or otherwise acquired Brocade publicly traded securities

relying upon the integrity of the market price of Brocade publicly traded securities and market information relating to Brocade, and have been damaged thereby.

## ADDITIONAL SCIENTER ALLEGATIONS

56.    As alleged herein, defendants acted with scienter in that defendants knew that the public documents and statements issued or disseminated in the name of Brocade were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, defendants, by virtue of their receipt of information reflecting the true facts regarding Brocade, their control over, and/or receipt and/or modification of Brocade's allegedly materially misleading misstatements and/or their associations with Brocade which made them privy to confidential proprietary information concerning Brocade, participated in the fraudulent scheme alleged herein.

57.    Defendants were further motivated to engage in this course of conduct in order to (i) sell $550 million in 2% convertible subordinated roles due 2007 in December 2001 and January 2002, on more favorable terms than it would have had the truth been known; and (ii) enable the Individual Defendants to sell over 4.9 million shares of their personally held Brocade stock and thereby reap over $30 million in gross proceeds.

## LOSS CAUSATION/ECONOMIC LOSS

58.    During the class period, as detailed herein, defendants engaged in a scheme to deceive the market and a course of conduct that artificially inflated Brocade's stock price and operated as a fraud or deceit on class period purchasers of Brocade stock by misrepresenting Brocade's business success and future business prospects. Defendants achieved this facade of Company's success, growth and strong future business prospects by misrepresenting Brocade's financial statements, earnings and prospects. Later, however, when defendants' prior misrepresentations and fraudulent conduct were disclosed and became apparent to the market, Brocade stock fell precipitously as the prior artificial inflation came out of Brocade's stock price.

1  Because of their purchases of Brocade stock during the class period, plaintiff and other members

2  of the Class suffered economic loss, i.e., damages, under the federal securities laws.

3        59.    During the class period, the defendants presented a misleading picture of Brocade's

4  business and prospects. Thus, instead of truthfully disclosing during the class period that Brocade's

5  business was not as healthy as represented, defendants caused Brocade to falsely report its results

6  and forecasted earnings. During the class period, defendants repeatedly emphasized Brocade was

7  "well positioned" to expand its "leadership position."

8        60.    These false claims of current earnings that met expectations and strong future

9  results caused and maintained the artificial inflation in Brocade's stock price throughout the class

10 period and until the truth was revealed to the market.

11       61.    Defendants' false and misleading statements had the intended effect and caused

12 Brocade stock to trade at artificially inflated levels throughout the class period, trading as high as

13 $40+ per share.

14       62.    On January 6, 2005, defendants were forced to publicly disclose that Brocade

15 would restate its results due to adjustments to compensation expense. Later, on May 2, 2005,

16 Brocade admitted that its Q2 2005 results would be much lower than its previous forecasts. Then

17 on May 16, 2005, Brocade disclosed more about the extent of the misstated earnings and that

18 Brocade was being investigated by the DOJ. These public revelations indicated that Brocade's

19 fiscal 2005 financial results would be much worse than prior representations, that Brocade had

20 failed to achieve the results represented through its past reported earnings and that Brocade's

21 prospects for business success and earnings growth for fiscal 2005 and beyond were severely

22 diminished. As investors and the market became aware that Brocade's actual business prospects

23 were poorer than represented, which had been obfuscated by defendants, the prior artificial

24 inflation came out of Brocade's stock price, damaging investors.

25       63.    As a direct result of defendants' admissions and the public revelations regarding the

26 truth about Brocade's previous representations and its actual business prospects going forward.

27 Brocade's stock price plummeted 40%, falling from $7.00 in early January 2005 to $4.13 per share

28 on May 16, 2005, a drop of $2.87 per share. This drop removed the inflation from Brocade's stock

1  price, causing real economic loss to investors who had purchased the stock during the class period.

2  In sum, as the truth about defendants' fraud and Brocade's business performance was revealed,

3  Brocade's stock price plummeted, the artificial inflation came out of the stock and plaintiff and

4  other members of the Class were damaged, suffering economic losses of approximately $2.87 per

5  share.

6        64.    The 40% decline in Brocade's stock price at the end *of* the class period was a direct

7  result of the nature and extent of defendants' fraud finally being revealed to investors and the

8  market. The timing and magnitude of Brocade's stock price declines negate any inference that the

9  loss suffered by plaintiff and other Class members was caused by changed market conditions,

10  macroeconomic or industry factors or Company-specific facts unrelated to the defendants'

11  fraudulent conduct. During, the same period in which Brocade's stock price fell 40% as a result *of*

12  defendants' fraud being revealed, the Standard & Poor's 500 securities index was flat. The

13  economic loss, i.e., damages, suffered by plaintiff and other members of the Class was a direct

14  result of defendants' fraudulent scheme to artificially inflate Brocade's stock price and the

15  subsequent significant decline significant in the value of Brocade's stock when defendants' prior

16  misrepresentations and other fraudulent conduct was revealed.

17  **COUNT I**

18  **Violation of Section 10(b) of the Exchange Act and Rule 10b-5**

19  **Promulgated Thereunder Against All Defendants**

20        65.    Plaintiff repeats and realleges each and every allegation contained above as if fully

21  set forth herein.

22        66.    During the class period, Brocade and the Individual Defendants, and each of them,

23  carried out a plan, scheme and course of conduct which was intended to and, throughout the class

24  period, did: (a) deceive the investing public, including plaintiff and other Class members, as

25  alleged herein; (b) artificially inflate and maintain the market price of Brocade publicly traded

26  securities; and (c) cause plaintiff and other members o f the Class to purchase Brocade publicly

27  traded securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and

28  course of conduct, defendants, and each of them, took the actions set forth herein.

67.    Defendants: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements made not misleading; and (c) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of Brocade's securities in an effort to maintain an artificially high market price for Brocade's publicly traded securities in violation of §10(b) of the Exchange Act and Rule I Ob-5. All defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

> In addition to the duties of full disclosure imposed on defendants as a result of their making of affirmative statements and reports, or participation in the making of affirmative statements and reports to the investing public, defendants had a duty to promptly disseminate truthful information that would be material to investors in compliance with the integrated disclosure provisions of the SEC as embodied in SEC Regulation SA (17 C.F.R. §210.01, *et seq.)* and Regulation S-K (17 C.F.R. §229.10, *et seq.)* and other SEC regulations, including accurate and truthful information with respect to Brocade's operations, financial condition and earnings so that the market prices of Brocade's securities would be based on truthful, complete and accurate information.

68.    Brocade and the Individual Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about the business, operations and future prospects of Brocade as specified herein.

69.    These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Brocade's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and omitting to state material facts necessary in order to make the statements made about Brocade and its business operations and future prospects in the light of the circumstances under which they were made, not misleading, as set forth more

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

1   particularly herein, and engaged in transactions, practices and a course of business which operated

2   as *a* fraud and deceit upon the purchasers of Brocade publicly traded securities during the class

3   period.

4        70.    The Individual Defendants' primary liability, and controlling person liability, arises

5   from the following facts: (a) the Individual Defendants were high-level executives and/or directors

6   at Brocade during the class period; (b) the Individual Defendants were privy to and participated in

7   the creation, development and reporting of Brocade's internal budgets, plans, projections and/or

8   reports; and (c) the Individual Defendants were aware of Brocade's dissemination of information to

9   the investing public which they knew or recklessly disregarded was materially false and

10  misleading.

11       71.    The defendants had actual knowledge of the misrepresentations and omissions of

12  material facts set forth herein, or acted with reckless disregard for the truth in that they failed to

13  ascertain and to disclose such facts, even though such facts were available to them. Such

14  defendants' material misrepresentations and/or omissions were done knowingly or recklessly and

15  for the purpose and effect of concealing Brocade's operating condition and future business

16  prospects from the investing public and supporting the artificially inflated price of its securities. As

17  demonstrated by defendants' overstatements and misstatements of Brocade's business, operations

18  and earnings throughout the class period, defendants, if they did not have actual knowledge of the

19  misrepresentations and omissions alleged, were reckless in failing to obtain such knowledge by

20  deliberately refraining from taking those steps necessary to discover whether those statements

21  were false or misleading.

22       72.    Because of the dissemination of the materially false and misleading information

23  and failure to disclose material facts, as set forth above, the market prices of Brocade publicly

24  traded securities were artificially inflated during the class period. In ignorance of the fact that the

25  market prices of Brocade publicly traded securities were artificially inflated, and relying directly

26  or indirectly on the false and misleading statements made by defendants, or upon the integrity of the

27  market in which the securities trade, and/or on the absence of material adverse information that

28  was known to or recklessly disregarded by defendants but not disclosed in public statements by

1  defendants during the class period, plaintiff and the other members of the Class acquired Brocade

2  publicly traded securities during the class period at artificially high prices and were damaged

3  thereby.

4      73.    At the time of said misrepresentations and omissions, plaintiff and other members

5  of the Class were ignorant of their falsity, and believed them to be true. Had plaintiff and the other

6  members of the Class and the marketplace known of the true financial condition and business

7  prospects of Brocade, which were not disclosed by defendants, plaintiff and other members of the

8  Class would not have purchased or otherwise acquired their Brocade publicly traded securities, or,

9  if they had acquired such securities during the class period, they would riot have done so at the

10  artificially inflated prices which they paid.

11      74.    By virtue of the foregoing, defendants have violated § 10(b) of the Exchange Act,

12  and Rule I Ob-5 promulgated thereunder.

13      75.    As a direct and proximate result of defendants' wrongful conduct, plaintiff and the

14  other members of the Class suffered damages in connection with their respective purchases and

15  sales of Brocade's publicly traded securities during, the class period.

16                          **COUNT II**

17                  **Violation of Section 20(a) of**
                **the Exchange Act against All Defendants**
18
        76.    Plaintiff repeats and realleges each and every allegation contained above as if fully
19
    set forth herein.  The Individual Defendants acted as controlling persons of Brocade within the
20
    meaning of §20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions,
21
    and their ownership and contractual rights, participation in and/or awareness of Brocade's
22
    operations and/or intimate knowledge of the statements filed by Brocade with the SEC and
23
    disseminated to the investing public, the Individual Defendants had the power to influence and
24
    control and did influence and control, directly or indirectly, the decision-making of Brocade,
25
    including the content and dissemination of the various statements which plaintiff contends are
26
    false and misleading. The Individual Defendants were provided with or had unlimited access to
27
    copies of Brocade's reports, press releases, public filings and other statements alleged by plaintiff
28

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS
35

1    to be misleading prior to and/or shortly after these statements were issued and had the ability to

2    prevent the issuance of the statements or cause the statements to be corrected.

3         77.    In particular, the Individual Defendants had direct and supervisory involvement in

4    the day-to-day operations of Brocade and, therefore, are presumed to have had the power to

5    control or influence the particular transactions giving rise to the securities violations as alleged

6    herein, and exercised the same. Brocade controlled the Individual Defendants and all of its

7    employees.

8         78.    As set forth above, Brocade and the Individual Defendants each violated § 10(b)

9    and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their

10   positions as controlling persons, the defendants are liable pursuant to §20(a) of the Exchange Act.

11   As a direct and proximate result of Brocade's and the Individual Defendants' wrongful conduct,

12   plaintiff and other members of the Class suffered damages in connection with their purchases of

13   Brocade's publicly traded securities during the class period.

## PRAYER FOR RELIEF

14

15        WHEREFORE, plaintiff prays for relief and judgment, as follows:

16        A.    Determining that this action is a proper class action, designating plaintiff as lead

17   plaintiff and certifying plaintiff as a class representative under Rule 23 of the Federal Rules of

18   Civil Procedure and plaintiff's counsel as lead counsel;

19        B.    Awarding compensatory damages in favor of plaintiff and the other Class

20   members against all defendants, jointly and severally, for all damages sustained as a result of

21   defendants' wrongdoing, in amount to be proven at trial, including interest thereon; wrongdoing,

22   including

23

24        C.    Awarding plaintiff and the Class their reasonable costs and expenses incurred in

25   this action, including counsel fees and expert fees; and

26        D.    Such equitable/injunctive or other and further relief as the Court may deem just

27   and proper.

28

## JURY TRIAL DEMANDED

COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS

1    C.      Awarding plaintiff and the Class their reasonable costs and expenses incurred in

2  this action, including counsel fees and expert fees; and

3    D.      Such equitable/injunctive or other and further relief as the Court may deem just

4  and proper.

5                            **JURY TRIAL DEMANDED**

6

7    Plaintiff hereby demands a trial by jury.

8              **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

9

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

10

11  named parties, there is no such interest to report.

12

13    Dated: July 17, 2007

14                                              By: _____

15                                                  DONALD AMAMGBO, ESQ.
                                                    AMAMGBO & ASSOCIATES
16                                                  7901 Oakport Street, Suite 4900
                                                    Oakland, California 94621
17                                                  Telephone:  (510) 615-6000
                                                    Facsimile:   (510) 615-6025
18

19                                                  REGINALD TERRELL, ESQ.
                                                    THE TERRELL LAW GROUP
20                                                  223 25th Street
                                                    Richmond, California 94804
21                                                  Telephone:  (510) 237-9700
                                                    Facsimile:   (510) 237-4616
22

23                                                  LAW OFFICES OF NWAJEI &
                                                    COMPANY
24                                                  Lawrence D. Nwajei
                                                    4221 Wilshire Blvd., Suite 392
25                                                  Los Angeles, CA 90010
                                                    Telephone:  323-549-0201
26                                                  Facsimile:  323-549-0211

27

28