1  THE TERRELL LAW GROUP
   REGINALD TERRELL, ESQ. SB# 127874
2  223 25th Street
   Richmond, CA 94804
3  Telephone:   510-237-9700
   Facsimile:    510-237-4616
4

5  AMAMGBO & ASSOCIATES
   DONALD AMAMGBO, ESQ.
6  7901 Oakport Street, Suite 4900
   Oakland, CA 94621
7  Telephone:   510-615-6000
   Facsimile:    510-615-6025
8

9  Attorneys for Plaintiffs
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 RUBEN JONES, on behalf of
   himself and all others similarly           CASE NO. ~~3:07-cv-00632-MHP~~
15 situated and on behalf of the
   general public,                                   3:07-cv-3804 SI
16
            Plaintiff,
17
   v.
18                                            DECLARATION OF RUBEN JONES
   BROCADE COMMUNICATION                     DISMISSAL
19 SYSTEMS, INC., et al.,

20          Defendants.
                                       /
21

22       I, RUBEN JONES, declare the following:

23       I am the named plaintiff in the above captioned action and am a resident of Alameda County,

24 California.

25       My attorney, Reginald Terrell, informs me the parties in this litigation have not reached an

26 agreement under which defendants will pay plaintiffs as a class fund for distribution to class

27 members to dismiss the above-entitled action against defendants without prejudice. However, I

28 wish to dismiss this action without prejudice.

1    I have not received any consideration of any kind, direct or indirect, for agreeing to this
2 dismissal.
3    I declare under penalty of perjury pursuant to the laws of this state and of the United States
4 of America that the above is true and correct.

5 Dated: 9-18-2007                                          _____
                                                            RUBEN JONES



-2-